UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANDRE DAVID LEFFEBRE,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 08 1286 |
| ) | |
| HARLEY G. LAPPIN, Director, Bureau ) | |
| of Prisons,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED. It is

FURTHER ORDERED that this case is DISMISSED without prejudice for failure to state

a claim upon which relief may be granted. 28 U.S.C. § 1915A(b)(1). This is a final appealable

order. *See* Fed. R. App. P. 4(a).

Date: 7/22/08

United States District Judge